1
2
3
4
5
6
7
8
9
10
11

12  UNITED STATES DISTRICT COURT
13  NORTHERN DISTRICT OF CALIFORNIA
14  SAN FRANCISCO DIVISION
15

16  UNITED STATES OF AMERICA,           )   No. CR 10-0880 VRW
                                        )
17        Plaintiff,                    )   STIPULATION AND [~~PROPOSED~~] ORDER
                                        )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                               )
                                        )
19  JEFFREY UCLES-RAUDALES,             )
                                        )
20        Defendant.                    )
                                        )
21

22    The parties appeared before the Court on January 27, 2011. With the agreement of
23  counsel for both parties, the Court found and held as follows:
24    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25  from January 27, 2011 to February 25, 2011, in light of the need for defense counsel to review
26  and consider a plea offer. Failure to grant the requested continuance would unreasonably deny
27  defense counsel reasonable time necessary for effective preparation, taking into account the
28  exercise of due diligence.

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
U.S. v. JEFFREY UCLES-RAUDALES, CR, 10-0880 VRW                                               1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 27, 2011 to February 25, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 27, 2011 to February 25, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 4, 2011         /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: February 4, 2011         /s/
Steven Kalar
Assistant Federal Public Defender

SO ORDERED.

DATED: February 7, 2011.

Judge William Alsup

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JEFFREY UCLES-RAUDALES, CR, 10-0880 VRW                                    2