1
2
3
4
5
6
7
8
9
10
11

12                           UNITED STATES DISTRICT COURT
13                          NORTHERN DISTRICT OF CALIFORNIA
14                              SAN FRANCISCO DIVISION
15

16  UNITED STATES OF AMERICA,           )   No. CR 10-0880 WHA
                                        )
17       Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18    v.                                )
                                        )
19  JEFFREY UCLES-RAUDALES,             )
                                        )
20       Defendant.                     )
                                        )
21

22       The parties appeared before the Court on February 15, 2011.   With the agreement of
23  counsel for both parties, the Court found and held as follows:
24       1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25  from February 15, 2011 to March 15, 2011, in light of the need for defense counsel to effectively
26  prepare the case.  Failure to grant the requested continuance would unreasonably deny defense
27  counsel reasonable time necessary for effective preparation, taking into account the exercise of
28  due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JEFFREY UCLES-RAUDALES, CR, 10-0880                                                    1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 15, 2011 to March 15, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 15, 2011 to March 15, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 22, 2011        /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: February 22, 2011        /s/
Steven Kalar
Assistant Federal Public Defender

SO ORDERED.

DATED: February 28, 2011.

THE HON. WILLIAM H. ALSUP
United States Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JEFFREY UCLES-RAUDALES, CR, 10-0880            2